DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 003P09-3 | State v. Reginald Lee Rogers | 1. Def's *Pro Se* Motion for Appropriate Relief | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| | | 4. Def's *Pro Se* PWC to Review Order of Superior Court of Davidson County | 4. Dismissed |
| 003P09-4 | State v. Reginald Lee Rogers | 1. Def's *Pro Se* Motion for Objection to Joinder | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Severance | 2. Dismissed |
| 005PA12-2 | Hoke County Board of Education, et al v. State of North Carolina, et al | Intervenor's Motion to Withdraw as Counsel | Allowed **05/29/13** |
| 007P13 | In the Matter of the Adoption of: S.K.N., a Minor Child | 1. Petitioners' Motion for Temporary Stay (COA12-275) | 1. Allowed **01/08/13** Dissolved the Stay **06/12/13** |
| | | 2. Petitioners' Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Petitioners' NOA Based Upon a Constitutional Question | 3. Dismissed *Ex Mero Motu* |
| | | 4. Petitioners' PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| 010P07-3 | State v. Robert Lewis Jordan | 1. Def's *Pro Se* PWC to Review Order of COA (COAP13-130) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |